Deborah MURDOCK _____ [plaintiff] v.
JAMES MYART _____ [defendant]

) IN THE _____ Court _____ COURT
)_____ #5 _____
COUNTY, TEXAS
Bexar County JUDICIAL DISTRICT

15-37ev
EAC

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

James Myart [Name of each party filing notice], Defendant [party designation], gives notice of _____ Appeal _____ [his or her or its or their] intent to appeal the trial court's judgment rendered on _____ 1/23/15 _____ [date]. This appeal is taken to _____ [number of the court of appeals, e.g., the Third Court of Appeals, *unless appeal is taken to the First or Fourteenth Court of Appeals, in which case the notice must state that the appeal is to either of those courts, e.g., either the First or the Fourteenth Court of Appeals or, if a direct appeal, the Supreme Court of Texas*] in _____ Austin _____ [name of city], Texas.

[*If party is represented by counsel, use following signature:*]

Respectfully submitted,

_____ [firm name, if any] Pro Se
By: _____ [signature line]
_____ [typed name]
210-773-2433 _____ [address]
_____ [telephone number]
_____ [facsimile number, if any] 223 Anton
_____ [state bar number] San Antonio, TX 78223

[*If party is not represented by counsel, use following signature:*]

Respectfully submitted,

_____ [signature of pro se party]
_____ [typed name]
_____ [address]
_____ [telephone number]
_____ [facsimile number, if any] 210-773-2433
223 Anton
San TX 78223

## CERTIFICATE OF SERVICE

I certify that a true copy of the above Notice of Appeal has, on this day, been Deborah Murdock [delivered in person, or delivered in person by my agent *or* delivered by courier with receipted delivery *or* sent by certified mail *or* sent by registered mail *or* sent by telephonic document transfer before 5:00 p.m. of the recipient's local time]

2015 JAN 29 PM12: 02
IN THE COURT OF APPEALS
AT SAN ANTONIO
FILED

to _Deborah Washington_ _(name,_ _address,_ and designation, including telecopier number if sent by telecopier, e.g., _____(name), attorney of record for _____(name of party), at _____(address)].

SIGNED _____ [date]. 1/29/15

_____ [signature]
Attorney for _____

[List name and address of each person served, or if person served is a party's attorney, list name of party represented by that attorney, e.g.,

Joe Jones
Jones, Jones & Jones
123 Sesame Street  Smalltown, Texas  77777
Attorney for Sue Smith, Plaintiff]

Source: Legal > States Legal - U.S. > Texas > Search Forms & Drafting Instructions > Dorsaneo, Texas Litigation Guide
View: Full
Date/Time: Wednesday, June 23, 2010 - 5:03 PM EDT

**LexisNexis®**   About LexisNexis ¦ Terms & Conditions ¦ Contact Us
Copyright © 2010 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

Rmo/15-853/1-21-15
FE&D's/judgment-murdock1

2015cv00334

E-FILED
Bexar County, County Clerk
Gerard Rickhoff
Accepted Date:1/29/2015 11:38:19 AM
Accepted By: Elizabeth Torres
_____/s/ Elizabeth Torres_____
Deputy Clerk

NO. 2015CV00334

| | | |
|---|---|---|
| DEBORAH MURDOCK | * | IN THE COUNTY COURT |
| | * | |
| VS. | * | AT LAW #5 |
| | * | |
| JAMES W. MYART, JR. | * | BEXAR COUNTY, TEXAS |

## JUDGMENT

Be it remembered that on the _____ day of January, A. D., 2015, came on to be heard the above styled and numbered cause. The Court finds that the above styled and numbered cause having been set for trial de novo on the non-jury docket and having been reached in due order on the docket, the Court called for announcements. The Plaintiff, **DEBORAH MURDOCK**, appeared in person and through her attorney of record, Walter Beuhler, and announced ready, and the Defendants, **JAMES W. MYART, JR.**, and ALL OCCUPANTS appeared/did not appear. The Court finds that this Court has jurisdiction of the parties, **DEBORAH MURDOCK and JAMES W. MYART, JR.**, and of the subject matter of this cause, and venue for this cause properly lies in the County Court at Law #5, Bexar County, Texas. The Court, thereupon, proceeded to examine the pleadings and to hear evidence and argument of counsel and found the allegations set forth in Plaintiff's *Petition: Eviction Case* to be duly proven by good and sufficient evidence. Accordingly, the Court finds that Plaintiff is entitled to Judgment of and against Defendants, for possession and her costs in this action, and reserves the right to file an action for damages and any other causes of action in a court of competent jurisdiction at a later date, and thus, Plaintiff is entitled to Judgment of and against the Defendants, and that the following Judgment should be and is hereby entered:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff, **DEBORAH MURDOCK**, have Judgment of and against Defendants, **JAMES W. MYART, JR. and ALL OTHER OCCUPANTS**, for possession of the property, and being described as follows:

**Street: 223 Anton**    **City: San Antonio, Texas**    **Zip: 78223**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a Writ of Possession issue to place

Submit Date:1/29/2015 11:34:19 AM

Plaintiff, **DEBORAH MURDOCK**, in possession of the premises.

Said Writ of Possession shall not issue until the expiration of ten (10) days from the date this Judgment is signed.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff have Judgment of and against Defendant, **JAMES W. MYART, JR.,** for costs of Court for which let execution issue and that all other relief sought by either of the parties and not herein specifically granted is DENIED.

Signed this the **23** day of **Jan** ____, A. D., 2015.

_____
JUDGE PRESIDING

Approved:

10 days to vacate

WALTER W. BEUHLER
3501 W. Commerce St.
San Antonio, Texas 78207
Tel: (210) 923-7724 fax 210-432-5308
E-mail: walterb250@gmail.com

by; _____
WALTER W. BEUHLER (SBN 24031740)
Plaintiff

_____
JAMES W. MYART, JR.